# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

**ROBERT B. KUGLER**
**UNITED STATES DISTRICT JUDGE**

MITCHELL H. COHEN U.S. COURTHOUSE
1 John F. Gerry Plaza – Room 6040
Camden, NJ 08101
856-757-5019

May 9, 2022

Re: *United States v. David Crespo*, Criminal No. 13-428

Dear Counsel O'Malley,

Pursuant to Defendant David Crespo's Emergency Supplement to Pending Motion for Reduction of Sentence Under First Step Act (ECF No. 161) filed on the docket in this case on April 28, 2021, the Court directs the United States to submit the most updated version of Mr. Crespo's medical records, which includes any and all medical records pertaining to medical treatment that Mr. Crespo received on March 24, 2022 and April 11, 2022, to the Court for consideration within **fourteen (14) days** of the date of this letter.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall serve a copy of this letter upon Defendant David Crespo by regular United States mail.

Very truly yours,

Robert B. Kugler
United States District Judge

Cc: David Crespo, Inmate